IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rashad, Wahid

Printed: 03/10/09

Case Number:  08 B 21179
Judge:  Squires, John H
Filed:  8/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 7, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,999.00 |
| Trustee Fee: |  | 211.92 |
| Other Funds: |  | 189.08 |
| Totals: | 3,400.00 | 3,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,999.00 | 2,999.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Indymac Bank | Secured | 24,606.61 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 5,218.77 | 0.00 |
| 7. | Indymac Bank | Secured | 9,603.04 | 0.00 |
| 8. | GMAC Mortgage Corporation | Secured | 17,018.96 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 8,220.43 | 0.00 |
| 10. | Plains Commerce Bank | Unsecured | 508.39 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 3,739.81 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 155.37 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 323.85 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 5,778.16 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 484.40 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 690.55 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 2,229.62 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 7,769.88 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 1,736.91 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 488.02 | 0.00 |
| 21. | National Capital Management | Unsecured | 2,454.13 | 0.00 |
| 22. | Merrick Bank | Unsecured | | No Claim Filed |
| 23. | Aspire Visa | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | First Premier Bank | Unsecured | | No Claim Filed |
| 26. | TCF Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Rashad, Wahid | Case Number: 08 B 21179 |
|---|---|
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 8/13/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 94,025.90 | $ 2,999.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 211.92 |
| | $ 211.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: